IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-357-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNIQUE SKYMEL HINES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the undersigned on defendant Unique Skymel Hines' ("Hines") request for free copies received in the clerk's office on September 8, 2015. [DE 31] Hines seeks free copies of the docket sheet, judgment and sentencing transcript.

On July 8, 2010, the court entered judgment against Hines. [DE 24] Hines has not filed a notice of appeal, nor sought other post-judgment relief. In his request, which has been treated as a motion for free copies, Hines fails to explain why the sentencing transcript is necessary to any subsequent proceeding. Thus, Hines has not shown a particularized need for the sentencing transcript at the government's expense. See Jones v. Superintendent, Va. State Farm, 460 F.2d 150, 152-53 (4th Cir. 1972). Further, defendant is not entitled "merely to comb through the record in the hope of discovering some flaw." United States v. Glass, 317 F.2d 200, 202 (4th Cir. 1963). Accordingly, Hines' request for a free copy of the sentencing transcript is denied.

With respect to free copies of the docket sheet and judgment, the motion is allowed. The

case manager is directed to send a copy of both to the defendant and make a public docket entry to reflect that copies have been mailed to the defendant.

This 14th day of September, 2015.

for JULIE RICHARDS JOHNSTON, CLERK